**SO ORDERED.**

**SIGNED this 23rd day of April, 2013.**



_____
Robert E. Nugent
United States Chief Bankruptcy Judge



BEFORT LAW FIRM, LLC
4035 Central St.
Kansas City, MO 64111
816-569-6691/888-347-7193 facsimile

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 12-10220 |
| | ) | Chapter 7 |
| **ROBERT CARL RUEBKE,** | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **EDWARD J. NAZAR,** Trustee for | ) | Adv. No. 13 - 05002 |
| Bankruptcy Estate of Stephanie | ) | |
| Manuel | ) | |
| | ) | **JOURNAL ENTRY AND ORDER** |
| v. | ) | **APPROVING WITHDRAWAL OF** |
| | ) | **MOTION TO COMPEL ARBITRATION** |
| **MORGAN DREXEN, INC.,** | ) | |
| Defendant. | | |

THIS MATTER comes before the Court on Defendant Morgan Drexen, Inc.'s ("Morgan Drexen") motion to compel arbitration. The Trustee, Edward J. Nazar, appears by and

through his counsel Nicholas R. Grillot of Redmond & Nazar, L.L.P. Morgan Drexen appears by and through its attorney Jeffrey A. Befort of Befort Law Firm, LLC. There are no other appearances and none are necessary.

After reviewing the pleadings, and being duly advised on the premises, the Court makes the following findings:

1. The Debtor filed bankruptcy on February 10, 2012. The Plaintiff was appointed the Debtor's Chapter 7 Trustee.

2. Under 11 U.S.C. § 541 when the Debtor filed bankruptcy, the Trustee has the right to pursue any cause of action the Debtor may have had against Morgan Drexen.

3. The Trustee filed a complaint against Morgan Drexen asserting that the arrangement between the Debtor, the Kansas attorney and Morgan Drexen constituted a debt management program (the "Program") and that Morgan Drexen violated the Kansas Credit Service Organization Act ("KCSOA"), Kan. Stat. Ann. 50-1118 and Kan. Stat. Ann. 50-1120 et seq. In response, Morgan Drexen filed its motion to compel arbitration.

4. The parties have reached a resolution of the Trustee's claims which has been approved by this Court in the Journal Entry and Order Approving Compromise and Settlement (Doc. # 28).

5. Given the approval of the settlement, Morgan Drexen withdraws the pending motion in the adversary proceeding.

6. The Court further finds that the withdrawal of the motion is appropriate given the settlement of the main case and said motion to withdraw is approved.

In the United States Bankruptcy Court for the District of Kansas
IN RE: Edward J. Nazar, Trustee v. Morgan Drexen, Inc. (In re: Robert Carl Ruebke)
   Bankruptcy Case No 12-10220-7; Adv. No. 13-05002
   Journal Entry and Order Approving Withdrawal of Motion to Compel Arbitration

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the motion to withdraw as set forth herein is approved.

IT IS SO ORDERED.

# # #

PREPARED AND APPROVED BY:

BEFORT LAW FIRM, LLC

/s/ Jeffrey A. Befort
Jeffrey A. Befort (D. Kan. 70585; KS 24072)
4035 Central Street
 Kansas City, MO 64111
 befortlaw@gmail.com
Attorney for Morgan Drexen, Inc.

APPROVED BY:

REDMOND & NAZAR, L.L.P.


/s/ Nicholas R. Grillot
 Nicholas R. Grillot,
#22054
245 N. Waco Street, Suite 402
Wichita, Kansas 67202
316-262-8361 / 316-263-0610 fax
ngrillot@redmondnazar.com
Attorneys for Trustee

```
                            United States Bankruptcy Court
                                  District of Kansas
Nazar,
         Plaintiff                                              Adv. Proc. No. 13-05002-REN

Morgan Drexen, Inc.,
         Defendant                 CERTIFICATE OF NOTICE
```

District/off: 1083-6           User: shirley            Page 1 of 2              Date Rcvd: Apr 23, 2013
                               Form ID: pdf020ap        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2013.
dft            +Morgan Drexen, Inc.,   675 Anton Blvd.,   Costa Mesa, CA 92626-7012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Apr 24 2013 04:22:37      U.S. Trustee,
                Office of the United States Trustee,   301 North Main Suite 1150,   Wichita, KS 67202-4811
pla            +E-mail/Text: ebn1@redmondnazar.com Apr 24 2013 04:22:08      Edward J. Nazar,
                Redmond & Nazar, L.L.P.,   245 North Waco, Suite 402,   Wichita, KS 67202-1117
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2013**                          **Signature:**       *Joseph Speetjens*

Case 13-05002    Doc# 13    Filed 04/25/13    Page 4 of 5

```
District/off: 1083-6           User: shirley            Page 2 of 2              Date Rcvd: Apr 23, 2013
                               Form ID: pdf020ap        Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2013 at the address(es) listed below:
      Jeffrey A Befort    on behalf of Defendant   Morgan Drexen, Inc. jeff@befortlawkc.com, befortlaw@gmail.com
      Nicholas R Grillot    on behalf of Plaintiff Edward J. Nazar ngrillot@redmondnazar.com, dhatanelas@redmondnazar.com

      TOTAL: 2