**Form ord_dueAP**  (Revised 12/01/2009)

United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

In Re: Robert Carl Ruebke  
Debtor

Case No.: 12–10220  
Chapter 7

Nazar v. Morgan Drexen, Inc.

Adv. Proc. No. 13–05002

| Entered By The Court 7/22/13 | NOTICE OF DEADLINE FOR SUBMISSION OF ORDER DUE ON OUTSTANDING MOTION | **Filed By The Court** 7/22/13 David D. Zimmerman Clerk of Court US Bankruptcy Court |
|---|---|---|

D. Kan. LBR 9004.1(b) and 9074.1 require that unless the court directs otherwise, orders resulting from an actual hearing are due fourteen (14) days from the date of the hearing. Orders resulting from a notice with an objection deadline where no actual hearing was held are due fourteen (14) days after the expiration of the objection deadline.

The court record indicates that Nicholas R. Grillot has not filed Order(s) as directed.

The matter(s) which have been specified as outstanding are:

*1* – Adversary case 13–05002. Complaint by Nicholas R Grillot on behalf of Edward J. Nazar against Morgan Drexen, Inc.. Receipt Number Deferred, Fee Amount $293 Nature(s) of Suit: (14 (Recovery of money/property – other)) (Attachments: # (1) Adv. Cover Sheet) (Grillot, Nicholas)

due on April 25, 2013

**The outstanding order, journal entry or withdrawal of motion or pleading should be presented within fourteen (14) days from the date of this notice. If an order, journal entry or a withdrawal of the pertinent pleading is not filed within the fourteen (14) days specified above, the Court will enter an order denying or dismissing the motion/application in question for lack of prosecution, without further notice, or may set the matter for a show cause hearing, in its sole discretion.**

Document 14 – 1

s/ David D. Zimmerman  
Clerk, United States Bankruptcy Court